**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 16–31847
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Vito Antonio Laera
     aka Vito Laera, aka Vito Antonio Laera
  Calle 2da #15 Interior
  Mambi Guanabacoa
  Habana,
  CUBA
  Social Security No.: xxx–xx–1474

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

  Form 106 – Individual Summary of Schedules
  Schedules A–J
  Declaration Concerning Schedules
  Statement of Financial Affairs
  Form 8 (Statement of Intention)
  Chapter 7 Statement of Income and Means Test
  Certification of Credit Counseling

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: November 18, 2016                              Steven T. Salata
                                                      Clerk of Court

Electronically filed and signed (11/18/16)