**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 16–31847
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Vito Antonio Laera
        aka Vito Laera, aka Vito Antonio Laera
    Calle 2da #15 Interior
    Mambi Guanabacoa
    Habana,
    CUBA
    Social Security No.: xxx–xx–1474

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Application to Pay Filing Fees in Installments filed in the above referenced case on 11/17/2016 as document # 2 is defective for the reason(s) marked below:

    Amounts on application do not total amount due.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: November 18, 2016                                                                      Steven T. Salata
                                                                                              Clerk of Court

Electronically filed and signed (11/18/16)