FILED & JUDGMENT ENTERED
Steven T. Salata

November 21 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-31847 |
| Vito Antonio Laera ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## ORDER FOR DEBTOR TO APPEAR AND SHOW CAUSE

**THIS MATTER** came before the Court on review of the debtor's *pro se* Chapter 7 petition filed on November 17, 2016. Debtor lists his address as Calle 2da #15 Interior Mambi Guanabacoa Habana, Cuba. Given that debtor is apparently residing in Cuba, a hearing will be necessary to determine whether this case is properly venued in the Western District of North Carolina. Debtor is therefore ordered to appear at the Charles R. Jonas Federal Courthouse in Charlotte, North Carolina at 9:30 AM on December 15, 2016 and show that this case should be permitted to proceed in this judicial district.

**SO ORDERED.**

This Order has been signed electronically.        United States Bankruptcy Court
The judge's signature and the court's seal
appear at the top of the Order.