```
                           United States Bankruptcy Court
                           Western District of North Carolina
In re:                                                      Case No. 16-31847-jcw
Vito Antonio Laera                                          Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0419-3          User: ea                 Page 1 of 1          Date Rcvd: Nov 21, 2016
                              Form ID: pdf             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db              Vito Antonio Laera,    Calle 2da #15 Interior,    Mambi Guanabacoa,   Habana,    CUBA
5397879         American Express,    1801 NW 66th Avenue,    Suite 103A,   Plantation FL 33313-4571
5397872         Blanco GmbH + CO.KG,    Flehinger Str. 59,    75038 Oberderdingen,   Germany
5397880        +CitiBank,   718 W Trade St,    Charlotte NC 28202-1339
5397885        +Comporium Communications,    200 Tom Hall St,    Fort Mill SC 29715-2314
5397877        +Eagle Fire Inc.,    570 Griffith Road,    Charlotte NC 28217-3546
5397871        +Ferrari Financial Services,    250 Sylvan Ave,   Englewood Cliffs NJ 07632-2527
5397874        +GTI Service Corp,    419 York Southern Rd,    Fort Mill SC 29715-7709
5397878         Jiangmen Speed Stainless Steel Products Co., Ltd,    Chuanglilai Industry Dist, Daze, Xinhui,
                 Jiangmen Guangdong 529162,    China
5398192         North Carolina Department of Revenue,    Bankruptcy Unit,   P.O. Box 1168,
                 Raleigh, NC 27602-1168
5397883        +SupplyOne Rockwell, Inc,    729 Palmer Rd,   Rockwell NC 28138-8578
5397876        +Suzette Lefebvre,    5960 SW 32 Terrace,    Fort Lauderdale FL 33312-6325
5397882        +Terminex Service, Inc.,    920 Blackmon Street,    Rock Hill SC 29730-6287
5397873        +The United States of America,    including all its agencies and Branches,    1441 Main St.,
                 Suite 500,   Columbia SC 29201-2897
5397884        +US Bank, NA,   11 W Madison St,    Oak Park IL 60302-4203
5397875         Xinhe Stainless Steel Products Co., Ltd,    No. 27-28, Paotai Road,   Jiangmen Guangdon,    China
5397887        +York County Natural Gas,    965 W Main St,   Rock Hill SC 29730-3412
5397881        +York County Water and Sewer,    1070 Heckle Blvd Suite 101,   Rock Hill SC 29732-2863
5397886         York Electric Cooperative,    1385 Alexander Love Hwy,   York SC 29745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5397870        +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2016 18:46:09      Ally Financial,   POB 380901,
                 Bloomington MN 55438-0901
5398191        +E-mail/Text: cio.bncmail@irs.gov Nov 21 2016 18:46:15      Internal Revenue Service,
                 P.O. Box 7317,   Philadelphia, PA 19101-7317
                                                                                              TOTAL: 2

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              A. Burton Shuford    bshuford@abshuford.com,
                 noticesonlynothingelse@gmail.com;abs@trustesolutions.net
                                                                                              TOTAL: 1



FILED & JUDGMENT ENTERED
Steven T. Salata

November 21 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 16-31847** |
| **Vito Antonio Laera**       ) | **Chapter 7** |
| ) | |
| _____Debtor._____ ) | |

## ORDER FOR DEBTOR TO APPEAR AND SHOW CAUSE

**THIS MATTER** came before the Court on review of the debtor's *pro se* Chapter 7 petition filed on November 17, 2016.  Debtor lists his address as Calle 2da #15 Interior Mambi Guanabacoa Habana, Cuba.  Given that debtor is apparently residing in Cuba, a hearing will be necessary to determine whether this case is properly venued in the Western District of North Carolina.  Debtor is therefore ordered to appear at the Charles R. Jonas Federal Courthouse in Charlotte, North Carolina at 9:30 AM on December 15, 2016 and show that this case should be permitted to proceed in this judicial district.

**SO ORDERED.**

**This Order has been signed electronically.**          **United States Bankruptcy Court**
**The judge's signature and the court's seal**
**appear at the top of the Order.**