**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 16–31847
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
    Vito Antonio Laera
        aka Vito Laera, aka Vito Antonio Laera
    Calle 2da #15 Interior
    Mambi Guanabacoa
    Habana,
    CUBA
    Social Security No.: xxx–xx–1474

# ORDER GRANTING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Dated: November 29, 2016          BY THE COURT

                                                   J. Craig Whitley
                                                   United States Bankruptcy Judge

Electronically filed and signed (11/29/16)