**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 16–31847
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

    Vito Antonio Laera
       aka Vito Laera, aka Vito Antonio Laera
    Calle 2da #15 Interior
    Mambi Guanabacoa
    Habana,
    CUBA
    Social Security No.: xxx–xx–1474

---

# COURT'S NOTICE OF ENTRY OF ORDER
# DISMISSING CASE AND NOTICE OF FILING FEE DUE

NOTICE IS HEREBY GIVEN that on December 6, 2016 an Order was entered dismissing this case.

NOTICE IS FURTHER GIVEN that the filing fees for this case remain due and owing. The debtor(s) should immediately forward cash, a certified check or money order, payable to the U.S. Bankruptcy Court, in the amount of $235.00. This Court will not entertain a motion for reconsideration of this order of dismissal unless all unpaid fees are paid at the time the motion is made.

Dated: December 6, 2016
                                     Steven T. Salata
                                     Clerk of Court

Electronically filed and signed (12/6/16)